UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BISMAR FRANCISCO ANDRES,

               Plaintiff,

     v.

PIERCE COUNTY, et al.,

               Defendants.

Case No. C23-5897-TSZ-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

With the filing of a new *in forma pauperis* (IFP) application accompanied by a prison trust account statement, Dkt. 6, Plaintiff has now satisfied the Court's directive in the Order conditionally granting his application to proceed IFP, Dkt. 4. Accordingly, Plaintiff's IFP status is now CONFIRMED.

DATED this 17th day of November, 2023.

                             Ravi Subramanian
                             Clerk of Court

                             By: Stefanie Prather
                             Deputy Clerk

MINUTE ORDER - 1